in contact with one of defendant's electric wires causing the injury complained of. It was alleged that the insulation was defective.

*Chauncey B. Garver* for appellant.
*Edgar J. Treacy* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Dissenting: McLAUGHLIN, J.

---

DISLINDA GILL, as Administratrix of the Estate of ANTHONY GILL, Deceased, Respondent, *v.* UNITED AMERICAN LINES, Appellant.

*Negligence — master and servant — employee of shipowner injured while at work scraping and painting vessel — when section 113 of Workmen's Compensation Law applicable.*

*Gill* v. *United American Lines,* 206 App. Div. 778, affirmed.
(Argued January 11, 1924; decided February 19, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 3, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Decedent, while in the employ of defendant and engaged in scraping and painting near a hatchway on one of its ships in the Erie basin, was struck by a falling small boat which had been insecurely propped up on its side on the deck near where decedent was working, knocked into the hold and received the injuries complained of. (See 236 N. Y. 643.)

*E. C. Sherwood* and *Clarence S. Zipp* for appellant.
*William S. Butler* and *James A. Gray* for respondent.

Judgment affirmed, with costs, on the ground that the provisions of section 113 of the Workmen's Compensation Law are applicable.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.